## CLARK–COWLITZ JOINT OPERATING AGENCY

v.

## FEDERAL ENERGY REGULATORY COMMISSION.

No. 83–2111, 83–01842.

United States Court of Appeals, District of Columbia Circuit.

Jan. 16, 1986.

Christopher D. Williams, McCarty, Noone & Williams, George H. Williams, Morley, Caskin & Generelly, for Clark-Cowlitz Joint Operating Agency.

Lawton Chiles, Washington, D.C., for amicus curiae.

Ellen K. Schall, A. Karen Hill, Stephen R. Melton, Jerome M. Feit, Michael Schopf, Washington, D.C., for F.E.R.C.

Richard K. Willard, Leonard Schaitman, Marleigh D. Dover, Joseph E. diGenova, U.S. Atty., Washington, D.C., for U.S. DOJ.

Before: ROBINSON, Chief Judge; WRIGHT, WALD, MIKVA, EDWARDS, GINSBURG, BORK, SCALIA, STARR, SILBERMAN and BUCKLEY, Circuit Judges.

### ORDER

PER CURIAM.

Appellee's suggestion for rehearing *en banc* has been circulated to the full Court. A vote was requested and a majority of the judges in regular active service have voted in favor thereof. Upon consideration of the foregoing, it is

ORDERED, by the Court *en banc*, that the suggestion is granted, and it is

FURTHER ORDERED, by the Court *en banc*, on its own motion, that the opinion and judgment of October 22, 1985, 775 F.2d 359, be, and the same hereby are, vacated.

A future order of the Court will govern further proceedings in this case.

WALD, C.J., did not participate in this order.